NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HELMERICH & PAYNE INTERNATIONAL DRILLING CO., HELMERICH & PAYNE TECHNOLOGIES, LLC, MOTIVE DRILLING TECHNOLOGIES, INC.,**
*Plaintiffs-Appellees*

**v.**

**NABORS DRILLING TECHNOLOGIES USA, INC.,**
*Defendant-Appellant*

---

2024-1282

---

Appeal from the United States District Court for the Northern District of Texas in No. 3:20-cv-03126-M, Chief Judge Barbara M.G. Lynn.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Nabors Drilling Technologies USA, Inc.'s unopposed motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

2  HELMERICH & PAYNE INTERNATIONAL DRILLING CO. v. NABORS
                    DRILLING TECHNOLOGIES USA, INC.

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 24, 2024
        Date

ISSUED AS A MANDATE:  January 24, 2024